IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00207-BNB

KAMAL K.K. ROY,

     Plaintiff,

v.

[NO DEFENDANTS NAMED],

     Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 6 2011

GREGORY C. LANGHAM
————————————— CLERK

---

ORDER OF DISMISSAL

---

Plaintiff initiated this action by submitting to the Court *pro se* a set of confusing

and unintelligible documents that he apparently intended to have filed as a pleading in a

new civil rights action.  Plaintiff also submitted a motion seeking leave to proceed *in*

*forma pauperis* pursuant to 28 U.S.C. § 1915 that also was unintelligible.  In an order

filed on February 8, 2011, Magistrate Judge Boyd N. Boland directed the clerk of the

Court to commence a civil action and directed Plaintiff to cure certain deficiencies if he

wished to pursue his claims.  Specifically, Magistrate Judge Boland ordered Plaintiff to

file a neat, legible, complete, and signed pleading on the proper form and to submit a

proper affidavit in support of the motion seeking leave to proceed *in forma pauperis*.

Plaintiff was warned that the action would be dismissed without further notice if he failed

to cure the deficiencies within thirty days.

On February 28, 2011, Plaintiff responded to the order to cure deficiencies by

filing an amended complaint and exhibits that are unintelligible and partly illegible,

together with a motion titled "Motion Rule 60b FRCP." However, Plaintiff has not cured

all of the deficiencies as directed in Magistrate Judge Boland's February 8 order.

Plaintiff has not submitted a neat and legible pleading, and he has failed either to pay

the filing fee or to submit a properly supported motion seeking leave to proceed *in*

*forma pauperis*. Therefore, the action will be dismissed without prejudice for failure to

cure all of the deficiencies. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are

dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil

Procedure because Plaintiff failed to cure all of the deficiencies as directed. It is

FURTHER ORDERED that the *in forma pauperis* motion and the "Motion Rule

60b FRCP" are denied as moot.

DATED at Denver, Colorado, this __16th__ day of ____March____, 2011.

BY THE COURT:

__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00207-BNB

Kamal Roy
PO Box 1173
Saranac Lake, NY 12983

     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on March 16, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                        Deputy Clerk